Joshua R. Harris, Esquire
Nevada Bar No. 9580
Richard Harris Law Firm
801 South Fourth Street
Las Vegas, NV 89101
Telephone:  (702) 444-4444
Facsimile:  (702) 444-4455
Email  josh@richardharrislaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS

| | |
|---|---|
| MIRA KHANY, | ) |
| Plaintiff, | ) Civil Docket No. 2:22-cv-01781-VCF |
| v. | ) |
| KILOLO KIJAKAZI, Acting Commissioner Social Security, | ) Assigned to Judge Cam Ferenbach |
| Defendant. | ) |

<u>PLAINTIFF'S UNOPPOSED MOTION FOR A THIRTY (30) DAY EXTENSION TO FILE PLAINTIFF'S MOTION FOR REMAND TO AGENCY AND MEMORANDUM IN SUPPORT ON OR BEFORE MAY 1, 2023</u>

COMES NOW Plaintiff, Mira Khany, through her undersigned counsel, and moves this Court for an extension of time of thirty (30) days to file Plaintiff's Motion for Remand to Agency and Memorandum in Support on or before May 1, 2023.

1. Plaintiff's counsel has recently seen a significant increase in disability matters that have been initiated in Federal District Court.

2. Due to the recent increase in Disability matters that have been initiated and Federal District Court and the recent changes under the updated F.R.C.P 7.1, Supplemental Rules for Social Security Actions under 42 U.S.C. §405(g), the undersigned has seen a lot of federal court opening Memorandums all coming due at the same time.

3. The undersigned does not wish to have his workload affect the interests of this severely disabled plaintiff.

**Khany v. Kijakazi**  **MOTION FOR EXTENSION**
**Civil Docket No. 2:22-cv-01781-VCF**

1

1      4.    The case before this Court is an important one that deserves proper and complete briefing by the parties. The additional time shall allow the undersigned to properly bring forth all of the issues in this matter.

    5.    There is no indication that granting the Plaintiff's Motion for Extension would result in any prejudice to the Defendant. In fact, counsel for SSA has indicated that they do not object to Plaintiff's request for additional time.

WHEREFORE, Plainiff's moves this Court for an Order granting Plaintiff an additional thirty (30) days to file Plaintiff's Motion for Remand to Agency and Memorandum in Support on or before May 1, 2023.

Respectfully submitted this 31st day of March 2023.

By:    /s/ Joshua R. Harris
        Joshua R. Harris, Esquire
        Nevada Bar No. 9580
        Richard Harris Law Firm
        801 South Fourth Street
        Las Vegas, NV 89101
        Telephone:  (702) 444-4444
        Facsimile:  (702) 444-4455
        Email  josh@richardharrislaw.com

*Attorney for Plaintiff, Mira Khany*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  4-3-2023

**Khany v. Kijakazi**                                                      **MOTION FOR EXTENSION**
**Civil Docket No. 2:22-cv-01781-VCF**

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on **March 31, 2023,** a copy of the foregoing **Plaintiff's Motion for** |
| 3 | **Extension** has been electronically filed and is available for viewing and downloading from the |
| 4 | Electronic Case Filing system of this Court.  The Social Security Administration's Office of the |
| 5 | General Counsel and the United States Attorney's Office are registered to receive electronic |
| 6 | service with the Electronic Case Filing system of this Court.  Therefore, SSA and its counsel |
| 7 | have been fully served and nothing further is required. |

Respectfully submitted,

By:  /s/ Joshua R. Harris
     Joshua R. Harris, Esquire
     Nevada Bar No. 9580
     Richard Harris Law Firm
     801 South Fourth Street
     Las Vegas, NV 89101
     Telephone:  (702) 444-4444
     Facsimile:  (702) 444-4455
     Email       josh@richardharrislaw.com

*Attorney for Plaintiff, Mira Khany*

**Khany v. Kijakazi**                                                              **MOTION FOR EXTENSION**
**Civil Docket No. 2:22-cv-01781-VCF**

```
Joshua R. Harris, Esquire
Nevada Bar No.  9580
Richard Harris Law Firm
801 South Fourth Street
Las Vegas, NV 89101
Telephone:     (702) 444-4444
Facsimile:      (702) 444-4455
Email            josh@richardharrislaw.com
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS

| | |
|---|---|
| MIRA KHANY, | ) |
| Plaintiff, | ) Civil Docket No. 2:22-cv-01781-VCF |
| v. | ) |
| KILOLO KIJAKAZI, Acting Commissioner Social Security, | ) Assigned to Judge Cam Ferenbach |
| Defendant. | ) |

PLAINTIFF'S UNOPPOSED MOTION FOR A THIRTY (30) DAY EXTENSION TO FILE PLAINTIFF'S MOTION FOR REMAND TO AGENCY AND MEMORANDUM IN SUPPORT ON OR BEFORE MAY 1, 2023

Upon consideration of Plaintiff's Unopposed Motion for a Thirty (30) Day Extension to file Plaintiff's Motion for Remand to Agency and Memorandum in Support, it is hereby ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff shall file her Motion for Remand to Agency and Memorandum in Support on or before May 1, 2023.

SO ORDERED this __3rd__ day of __April_____, 2023.

BY THE COURT,

_____
HONORABLE CAM FERENBACH
UNITED STATES JUDGE

**Khany v. Kijakazi**                                                                                **PROPOSED ORDER**
**Civil Docket No. 2:22-cv-01781-VCF**