JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
ZACHARY BERKOFF-CANE, WSBN 47988
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-1542
Facsimile: (415) 744-0134
E-Mail: zachary.berkoff@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIRA KHANY,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:22-cv-01781-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand (Dkt. No. 19), currently due on July 5, 2023, by 30 days, through and including August 4, 2023. Defendant further requests that all subsequent deadlines set forth in the Court's scheduling order be extended accordingly.

This is Defendant's first request for an extension of time. Good cause exists for this extension due to Defendant's counsel's workload as described below. Since Plaintiff's motion was filed on June 5, 2023, Defendant's counsel has completed five briefs in other matters. Defendant's counsel has another eight briefs due in the next thirty days.

Additional time is required to review the record, to evaluate the numerous issues raised in Plaintiff's motion, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On June 30, 2023, counsel for Defendant conferred with Plaintiff's attorney, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and Remand, through and including August 4, 2023.

Dated: June 30, 2023                    Respectfully submitted,

                                                          JASON M. FRIERSON
                                                          United States Attorney

                                                          */s/ Zachary Berkoff-Cane*
                                                          ZACHARY BERKOFF-CANE
                                                          Special Assistant United States Attorney

IT IS SO ORDERED: *(signature)*

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-5-2023

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, MD 21235. I am not a party to the above-entitled action. On the date set forth below, I caused a copy of the above **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** to be served upon the following by:

**CM/ECF:**

Joshua R. Harris, Esquire
josh@richardharrislaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2023

> */s/ Zachary Berkoff-Cane*
> ZACHARY BERKOFF-CANE
> Special Assistant United States Attorney